United States District Court

2:22-cv-00332-JMS-DLP

DAJUAN KEY, Ernest Russel

Vs.

FCC Warden USP-
Terre Haute,

Case No.

Class Action
Temporary
and Permeanate Injunctions
pursuant to 28. USC § 1331

**FILED**

**08/08/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

The plaintiff's Dajuan Key and Ernest Russel moves this court pursuant to 28 usc § 1331 to issue a Temp--orary and permeanate Injuntions against USP Terre Haute For the unconstitutional operations of a Step-Down Disciplinary unit - Lowest housing unit ~~in~~ in General population unit A-2.

This unit has been deemed unconstitutional in USP Hazelton and other BOP Facilities and have since been shut down and returned to a regular General popul--ation units. The continued operations of this unit - unsantioned program will cause irrepairable harm to the inmate placed in this unit.

This step down - lowest housing unit, violates inmates due process, For example, inmates are sent to the Special Housing unit (SHU) For violation of FBOP

Disciplinary rules. There are two categories of special Housing. These are Administrative Detention and Disciplinary Segregation which both seperates an inmate From General population.

Disciplinary Segregation is used as a sanction For violations of Bureau rules and regulations, inmates in Dis-ciplinary segregation will be denied certain privile-ges.

What USP Terre Haute is doing is once you complete your Disciplinary Santions and release back to Gen-eral populations The administration has turned A-2 to another Disciplinary Unit, which the Warden restrict inmates to the cell, limit There recreations restrict their Commissary spending unit limits un-constitutional re-sanctions inmates After they comp-leted their Santions given by The Regional Disciplina-ry Hearing OFFicer, while the rest oF The general population Units retain all their privileges. This is Double Jepordy.

Inmates are denied programing while housed in A-2 while the rest of General population are allowed to participate in programing.

This program - unit has not been approved by Central office or The DOJ commitee of psychologist which approve all BOP special units - programs The Administrations is placing mentally ill inmates They are exempt From certain programs and Units like inmates (Key), who have serious Major Depression disorder and are at risk of Suicide.

As mention aboved this program - unit has been deemed unconstitutional by USP Hazelton central office committee, A warden may operate a lowest housing unit in a General population Unit For Holderover Status and pre trial Status but What USP Terre Haute Administration is doing is allowing inmates to complete their Disciplinary Sanctions, Their placed in A-2 unit For (6) months as a secondary disciplinary Sanction which is unconstitutional.

These inmates are not holdovers, pre trial, or pending additional Disciplinary violations. The FBOP program statement prohibits double Jepoardy disciplinary Sanctions.

What's more concerning is that this injustice is

Now only being implemented against inmates sentence under the Walsh Act, Trans genders, and drop out gang members who cannot ~~be~~ be placed on regular ~~drop~~ drop out FBOP General population yards, this is Discrimination

We respectfully request that this court issue a temporary injunction or investigate the Eighth Amendment cruel and unusual punishment and due process claims presented in this Action.

Respectfully,
Submitted,

s/ Earl Russell
s/ DeJuan Key

s/ DeJuan Key  #43357-424
USP Terre Haute
P.o. Box-33
Terre Haute, IN 47808

Ernest Russel # 10758-509
USP Terre Haute
P.o. Box 33
Terre Haute, IN 47808

Certificate of Service

the above undersigns, both certify that the foregoing is True and Correct, and was sent to the U.S. District court in Terre Haute Indinara.

Using First Class pre paid postage and was placed in The USP Terre Haute prison mail system on August 4, 2022

Pursuant to 28 USC § 1746, I declare under penalty of perjury the foregoing is True and Correct

Ernest Russel # 10758-509
USP Terre Haute
Po. Box - 33
Terre Haute, IN 47808

S/ Ernest Russell
ERNEST RUSSELL

S/
Dajuan Key

DAJUAN KEY # 43357-424
USP Terre Haute
Po. Box - 33
Terre Haute, IN 47808