UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAJUAN KEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:22-cv-00332-JMS-DLP |
| | ) |
| USP TERRE HAUTE WARDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF KEY'S MOTION TO DISMISS HIS COMPLAINT AND EXTENDING PLAINTIFF RUSSEL'S DEADLINE TO PAY FILING FEE**

The plaintiff Dajuan Key's motion to voluntarily dismiss his complaint, dkt. [7], is treated as a notice of dismissal. No partial final judgment is required under these circumstances. The **clerk is directed** to terminate the motion at dkt. [7] and terminate Mr. Key as a plaintiff on the docket.

The plaintiff Ernest Russel was given through October 28, 2022, in which to either pay the $402.00 filing fee for this action or move for leave to proceed *in forma pauperis*. Dkt. 6. That deadline has passed without response from Mr. Russel. Mr. Russel shall have **through December 22, 2022,** in which to comply with the Court's previous order. The failure to do so by this date will result in the dismissal of this action without further warning.

**IT IS SO ORDERED.**

Date: 11/22/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

DAJUAN KEY
43357-424
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

ERNEST RUSSEL
10758-509
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808