UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ERNEST RUSSEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00332-JMS-MKK |
| | ) |
| USP TERRE HAUTE WARDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Ernest Russel, an inmate at USP Terre Haute, filed this lawsuit on August 8, 2022. The Court issued a Notice of Deficiency, directing him to pay the $402.00 filing or file a motion to proceed *in forma pauperis* by October 28, 2022. Dkt. 6. When Mr. Russel failed to meet this deadline, the Court *sua sponte* extended his deadline December 22, 2022. Dkt. 8. Mr. Russel's co-plaintiff, Dejuan Key, previously filed a notice of voluntary dismissal, leaving Mr. Russel as the sole remaining plaintiff. *Id.*

Mr. Russel has not paid the filing fee or filed a motion to proceed *in forma pauperis*, and the time to do so has passed. Accordingly, this action is now **dismissed without prejudice**. Final judgment in accordance with this Order shall now issue.

**IT IS SO ORDERED**.

Date: 1/23/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ERNEST RUSSEL
10758-509
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808