UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ERNEST RUSSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-00332-JMS-MKK |
| ) | |
| USP TERRE HAUTE WARDEN, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Judgment is entered for the defendant and against the plaintiff. This action is **dismissed without prejudice**.

Date: 1/23/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

ERNEST RUSSEL
10758-509
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808